NEIL S. LERNER (SBN 134031)
JOLENE R. RICE (SBN 237180)
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144
Facsimile  (310) 979-9244
E-mail   nsl@sandslerner.com
         jrr@sandslerner.com

Attorneys for Plaintiff,
MARKEL AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TEODORO NGUEMA OBIANG MANGUE,<br><br>Defendant. | Case No. 10-CV-4261 RSWL (Ex)<br><br>Honorable Ronald S. W. Lew<br><br>NOTICE OF SETTLEMENT |

    Plaintiff, MARKEL AMERICAN INSURANCE COMPANY, hereby informs the Court that it has reached an agreement with Defendant, TEODORO NGUEMA OBIANG MANGUE, to settle the above-captioned matter, and that it intends to file a

///
///
///
///
///

1
NOTICE OF SETTLEMENT

1  Notice of Dismissal as soon as all executed settlement documents are received.

                                                      Respectfully submitted,

DATED: July 9, 2010         SANDS LERNER

                                          By: _____
                                                   NEIL S. LERNER
                                                   JOLENE R. RICE
                                                   Attorneys for Plaintiff,
                                                   MARKEL AMERICAN INSURANCE COMPANY

**SANDS LERNER**
12400 WILSHIRE BOULEVARD, SUITE 1300
LOS ANGELES, CALIFORNIA 90025
TELEPHONE 310-979-9144

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On **July 9, 2010**, I served the foregoing documents described as:

## NOTICE OF SETTLEMENT

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**See attached Service List**

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE) I am responsible for service by facsimile to the above addresses.

☐ (PERSONAL) I delivered such envelope by hand to the offices of the addressee.

☐ (BY FEDERAL EXPRESS) I am responsible for service by Federal Express to the above address with guaranteed delivery by 10:00 a.m. on _____.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☐ (STATE) I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on **July 9, 2010** at Los Angeles, California.

_____
Jolene R. Rice

# SERVICE LIST
*Markel American Insurance Company v. Teodoro Nguema Obiang Mangue*
U.S.D.C. Case No. 10-CV-4261-RSWL (Ex)

| | |
|---|---|
| R. Kevin Fisher, Esq.<br>FISHER & KREKOIAN<br>225 Santa Monica Blvd., 12th Floor<br>Santa Monica, California 90401<br><br>Tel: 310-862-1220<br>Fax: 310-862-1230<br>E-mail: rkf@fkslaw.net | **Attorneys for Defendant,**<br>TEODORO NGUEMA OBIANG MANGUE |
| **Courtesy Copy to:**<br>Teodoro Nguema Obiang Mangue<br>3620 Sweetwater Mesa Road<br>Malibu, California 90265 | |

2
CERTIFICATE OF SERVICE